UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BALLEZA AND SANDRA I BALLEZA<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 5:24-cv-09014-PCP<br><br>Judge: Hon. P. Casey Pitts<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT<br><br>Complaint filed: August 21, 2024<br>Removal filed: December 12, 2024 |

## [~~PROPOSED~~] ORDER

The Court, having considered the Stipulation to Remand Case to State Court (the "Stipulation") filed by the Parties, and upon finding good cause therefore, hereby GRANTS the Stipulation.

This matter is hereby remanded to the California Superior Court, for the County of Santa Clara.

**IT IS SO ORDERD.**

Dated: January 2, 2026

_____
Hon. P. Casey Pitts
United States District Judge